UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALBERT JONES | CIVIL ACTION |
| VERSUS | NO. 06-2875 |
| ST. TAMMANY PARISH SHERIFF ET AL. | SECTION "I" (2) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's claims pursuant to 42 U.S.C. § 1983 are hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2).

New Orleans, Louisiana, this __28th__ day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE